**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-03409-DDD-SKC

**STEVEN PICKNELL**,

      Plaintiff,

  **v.**

**HARD ROCK CAFÉ INTERNATIONAL, INC.**,

      Defendant.

---

### NOTICE OF PENDING RESOLUTION AND DISMISSAL

---

Plaintiff Steven Picknell ("Plaintiff") and Defendant Hard Rock Café International, Inc. ("Defendant") (collectively, "Parties") hereby notify the Court that they have reached a settlement that will resolve all of the Plaintiff's claims in this action. The Parties anticipate that they will be able to finalize the resolution within forty-five (45) days of this notice, and that the Plaintiff will file a stipulation of dismissal at that time.

Respectfully submitted on this 22nd day of December, 2021.

| | |
|---|---|
| */s/ Adam M. Harrison* | */s/ Jeffrey H. McClelland* |
| Adm M. Harrison | Jeffrey H. McClelland |
| Claire E. Hunter | Bret M. Wendt |
| HKM Employment Attorneys LLP | Micah D. Dawson |
| 730 17th Street, Suite 750 | FISHER & PHILLIPS LLP |
| Denver, Colorado 80202 | 1125 17th Street, Suite 2400 |
| 720.255.0370 | Denver, Colorado 80202 |
| aharrison@hkm.com | 303.218.3650 (phone) |
| chunter@hkm.com | 303.218.3651 (fax) |
| | jmcclelland@fisherphillips.com |
| *Counsel for the Plaintiffs* | bwendt@fisherphillips.com |
| | mdawson@fisherphillips.com |

2

*Counsel for the Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 22nd day of December, 2021, I field the foregoing Notice through the CM/ECF system, generating a true and accurate copy of this document to all counsel of record.

*/s/ Adam M. Harrison*

_____

Adam M. Harrison

2