## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03409-DDD-SKC

**STEVEN PICKNELL**,

     Plaintiff,

    **v.**

**HARD ROCK CAFÉ INTERNATIONAL, INC.**,

     Defendant.

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

Plaintiff Steven Picknell and Defendant Hard Rock Café International, Inc. (collectively "the Parties"), through their undersigned counsel and pursuant to Fed. R. Civ. P. 41 hereby stipulate to the dismissal of this action with prejudice and state as follows:

1.     Pursuant to D.C.COLO.LCivR 7.1(a), the undersigned certify that this document is filed on behalf of all parties.

2.     Under Fed. R. Civ. P. 41(a)(1)(A)(ii), "a plaintiff may dismiss an action without a court order by filing… a stipulation of dismissal signed by all parties who have appeared."

3.     The Parties have resolved this action and agree to the dismissal of this action, and all of the claims brought in this action, with prejudice

4.     No class or collective has been certified and no motion to certify a class or collective has been filed or is pending. As such, the Parties' resolution of this matter does not prejudice any party who is not present before the Court.

5.      Both Parties are represented by competent counsel who have fully informed them of their rights under state and federal wage and hour laws. The Parties acknowledge and rely upon *Ruiz v. Act Fast Delivery of Colorado,* No. 14-cv-00870-MSK-NYW, ECF No. 132, 2017 WL 11545275 (D. Colo. Jan. 9, 2017), and its progeny[1] for the proposition that resolution of individual wage settlements does not require judicial approval.

6.      The Parties agree that each party should bear its own attorney's fees and costs.

DATED this 1st day of February, 2022.

*/s/ Adam M. Harrison*
_____
Adm M. Harrison
Claire E. Hunter
HKM Employment Attorneys LLP
730 17th Street, Suite 750
Denver, Colorado 80202
720.255.0370
aharrison@hkm.com
chunter@hkm.com

*Counsel for the Plaintiffs*

*/s/ Jeffrey H. McClelland*
_____
Jeffrey H. McClelland
Bret M. Wendt
Micah D. Dawson
FISHER & PHILLIPS LLP
1125 17th Street, Suite 2400
Denver, Colorado 80202
303.218.3650 (phone)
303.218.3651 (fax)
jmcclelland@fisherphillips.com
bwendt@fisherphillips.com
mdawson@fisherphillips.com

*Counsel for the Defendant*

---

[1] *Accord Carroll v. Schlumberger Tech. Corp.*, No. 20-CV-00619-PAB-STV, 2021 WL 4245370, at *1 (D. Colo. Sept. 16, 2021); *Edwards v. Hudspeth & Assocs., Inc.*, No. 20-CV-02867-STV, 2021 WL 2255358, at *2 (D. Colo. May 26, 2021); *Inniss v. Rocky Mountain Inventory, Inc.*, No. 18-CV-1475-WJM-KMT, 2020 WL 6318370, at *2 (D. Colo. Oct. 28, 2020); *Lee v. Best Budz LLC*, No. 19-CV-02430-KMT, 2019 WL 5964966, at *3 (D. Colo. Nov. 12, 2019); *Fails v. Pathway Leasing LLC*, No. 18-CV-00308-CMA-MJW, 2018 WL 6046428, at *3 (D. Colo. Nov. 19, 2018); *Ruiz v. Act Fast Delivery of Colorado, Inc.*, No. 14-CV-00870-MSK-NYW, 2017 WL 11545275, at *6 (D. Colo. Jan. 9, 2017).

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 1st day of February 2022, I filed the foregoing Joint Stipulation of Dismissal With Prejudice through the CM/ECF system, generating a true and accurate copy of this document to all counsel of record.

*/s/ Jen Kern*

_____

Jen Kern